NAME: Kenneth Smith

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: P.O. 4670 Lancaster Ca. 93539

PRISON NUMBER (if applicable): V-29137

FILED
CLERK, U.S. DISTRICT COURT
APR 17 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kenneth Smith

PLAINTIFF,

v.

Verawick

DEFENDANT(S).

CASE NUMBER: CV25-3487-WLH (MAA)

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Kenneth Smith**
(print plaintiff's name)
who presently resides at **P.O. Box 4670 Lancaster Ca, 93539**
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Solono State Prison / CSP-LaC**
(institution/city where violation occurred)

officer I was not exposed in ANYWAY I was fully clothed and was scratching watching t.v. and in 40 years of incaceration I never had any write up or exhibited any behavior of a sexual nature. I also let the officer know me and Verawick had several arguements and did not see eye to eye and due to the nature of that write-up it makes me a target of violence and could hurt my board chances of going home finally in two years. The hearing officer found me guilty even though the video showed he walked by lightning fast and it be seen me doing this act of exposing my self or exhibiting sexual misconduct per CDCR policy he is to address me and order me to stop due to having evidence of this reprimand on his body cam. Verawick did none of this. Its literally human-nature

for Correctional Officer to reprimand such an act especially on body cam footage yet Mr. Vera-Wick didn't say anything. I believe due to his dislike of me he retaliated against me by giving me the worst write-up you can get in prison and he knew if he had stopped our exchange would be on camera. He knew I would be powerless to stop CDCR reputation for finding you guilty no-matter what. Since this has happened I have fallen into a deep depression to where they put me on a special yard due to my emotional distress. I have been ashamed due to the defamation of my character and on alert due to becoming a victim of violence due to having that write-up. In 40 years and my 15 years on Earth I have NEVER had this accused. I even recieved a write-up for jumping a inmate who was exposing

3

himself to a female officer. So to have this happen really have me terrified. My cell-mate alerted me by filing in your court I have a chance to have the RVR overturned I had lost all hope and now have a glimmer of hope. I feel Mr. Verawick retailiated against me by falsifying a report he knew would put me in danger due to this retailiation I have fallen into a deep depression and may lose more time of my life. It is my right to be free of retailiation. Verawick violated this right by falsely giving me a write up he knew would put me in danger. We had several disagreements and this was his revenge. It is a cruel punishment to defame my character by lying knowing due to me being SS it would make me an easy target of violence. Verawick cruel act is also a violation of

My right to be free of cruel and unusual punishment.

On 3-20-25 while in my cell I became dizzy and lightheaded passed out and hit my head on the steel door. My cellmate immediately yelled man down to get me assistance once I regained conciousness and went to the doctor they said my blood pressure had dropped to a dangerously low number which could have led to my death. The doctor told me due to the medications I was prescribed it cause that affect. I was not supposed to be prescribed conflicting medication because due to the side affects together they are a death cocktail. The doctor couldnt believe I was given all these medications to take at once or even together. They are deadly together which is why my blood pressure dropped

4

almost killing me. Due to G. Hernandez prescribing me medication that together causes your blood pressure to drop fatally low. Due to G. Hernandez negelicting the dangers in prescribing me Cetirizine mixed with my other medications I lost conciousness hit my head and almost died. I suffer head-aches from my injuries as well as dizzy spells im 55 years old and that fall really hurt me badly my back hurts as well as head issues. Due to recieving inadiquate medical care from G. Hernandez I suffered these injuries if G. Hernandez thouroughly investigated the affects this new medication would have once mixed with my other medications she would have seen the danger in prescribing me that medication yet she showed deliberate indifference and that led

to me falling and hitting my head, according to the doctors who took care of me. If my cellie was not inside the cell I would have died due to nobody being able to alert authorities. The medical negligence as well as the inadequate medical care coupled with the deliberate indifference shown by G. Hernandez is a violation of my civil rights. Due to me being a U.S citizen I am given the right to recieve all of the above violated rights. Making G. Hernandez responsible for the injuries suffered in my fall.

on (date or dates) __12-8-24__ __3-20-25__ _____
                    (Claim I)    (Claim II)    (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Velawick__ resides or works at
   (full name of first defendant)
   __2100 peabody rd P.O. Box 4000 Vacaville Ca 95696__
   (full address of first defendant)
   __Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Correctional Officer__

2. Defendant __O. Hernandez__ resides or works at
   (full name of first defendant)
   __P.O. Box 4670 Lancaster Ca__
   (full address of first defendant)
   __Doctor__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:
Cruel and unusual ~~~~~ punishment
medical negligence - deliberate -
indifference.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On 12-8-24 while inside my cell officer Verawick walked by during routine count, I was laying on my bunk watching tv and due to my clothing being washed with gain that contains castor oil which im allergic to it caused a rash in my lower pelvic area that made me itch severly, so im scratching at the time Mr Verawick walks by he literally was by in a split second. I thought nothing of it and another officer told me I was being wrote up for indecent exposure which shocked me to my core. I told the hearing

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I would like RVR #00000000007532264 removed from my disciplinary history in CDCR and all monetary value spent by me to see this litigation through repayed to me. Also monetary relief from the ~~proper~~ injuries I recieved in my ~~cell~~

4-12-2025
(Date)

Kenneth Smith
(Signature of Plaintiff)

## Request

I am currently in possession of 25,000 on my trust account and can pay the filing fee but I must send it through my counselor which is a process but I sent a check to "Clerk of Court" it will take atleast 3 weeks to get to your courthouse. Thank you.



